No. 337. KARGMAN ET AL. v. GROCERY CENTER, INC. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Max Rittenberg* for petitioners. *Messrs. Edward R. Johnston* and *Abraham Greenspahn* for respondent.

No. 339. TAYLOR ET AL. v. COMMISSIONER OF INTERNAL REVENUE. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. John E. Hughes* and *Raymond S. Pruitt* for petitioners. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 340. OTIS ET AL. v. BENNETT, ADMINISTRATRIX. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Sidney J. Watts* and *Horace F. Baker* for petitioners. *Mr. Harvey A. Miller* for respondent.

No. 344. CONSOLIDATED AUTOMATIC MERCHANDISING CORP. v. UNITED STATES. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Nathan A. Smyth* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for the United States.

No. 347. MURNIGHAN v. GLEN SHERIDAN REALTY TRUST. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit